ACCEPTED
03-15-00415-CV
7448551
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/20/2015 10:27:04 AM
JEFFREY D. KYLE
CLERK

# No. 03-15-00415-CV

**In the Court of Appeals
For the Third Judicial District
Sitting at Austin, Texas**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/20/2015 10:27:04 AM

JEFFREY D. KYLE
Clerk

---

## Sandra Kay Hargrove

## v.

## Gary M. Hargrove

---

Appealed from the 27th Judicial District Court of
Bell County, Texas

# Appellee's Motion To Extend Time To File Brief

Christopher L. Cornish
State Bar No. 24065079

CORNISH LAW FIRM, PLLC
404 North Main Street
Belton, Texas 76513
Tel: (254) 939-5200
Fax: (254) 939-2121
chris@cornishlawfirm.com

**Attorney for Appellants**

1

# No. 03-15-00415-CV

## Sandra Kay Hargrove

## v.

## Gary M. Hargrove

### Appellee's Motion To Extend Time To File Brief

To the Honorable Court of Appeals:

Comes now Gary Hargrove, who is the Appellee in the above case, and files this Motion to Extend Time to File Brief. In support of this Motion, Appellee would show as follows:

1.      The Reporter's Record was filed in this case on August 20, 2015. The last Supplemental Clerk's Record was filed in this case on September 16, 2015. Appellant filed her brief on September 21, 2015.  The Court has not previously granted any extensions of time in this case. Appellee's Brief would otherwise be due on October 21, 2015.

2.      Appellee requests that the deadline to file Appellee's Brief be extended for (30) days.

3.      Good cause exists for the extension of time to file the Appellee's Brief in this case.  Appellee's counsel who is responsible for the preparation of the Brief was not trial counsel and this case involves a lengthy procedural history requiring an additional supplemental clerk's record.  In addition, additional time is required for Appellee to review the record and have time to effectively communicate any concerns to the undersigned attorney.

4.      No party will be prejudiced by the extension of time requested, and counsel will not oppose any effort to expedite the consideration of this case in the future should the Court deem it appropriate, or if it is requested by the opposition. Appellee requests that the Court extend the time for filing the Appellee's Brief in this case to November 23, 2015.

5.      The extension of time for the Appellee is an amount of time that is not unusual for briefs in this Court.

Wherefore, premises considered, Appellee respectfully requests the Court to extend the time for filing his Brief up to and including November 23, 2015.

Respectfully submitted,


*/s/ Christopher L. Cornish*
Christopher L. Cornish
State Bar No. 24065079

**Attorney for Appellee**

3

## Certificate of Conference

On October 15, 2015, I spoke with Appellant's attorney and informed him that the Appellee would be requesting an extension to file his brief. There was no opposition expressed to the extension.

*/s/ Christopher L. Cornish*
Christopher L. Cornish

## Certificate of Compliance

In accordance with the Texas Rules of Appellate Procedure 9.4, the undersigned attorney of record certifies that this filing contains 14-point typeface for the body of the document, 12-point typeface for footnotes of the document, if any, and contains 500 or less words as indicated by the word count software, excluding those words identified as exempt from the word count under the rule and was prepared on Microsoft Word 2010.

*/s/ Christopher L. Cornish*
Christopher L. Cornish

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was sent to the person(s) named below, at the address shown by placing the same in a properly addressed envelope, postage pre-paid, and mailing the document by first class mail (or by other means stated below) on October 20, 2015.

Doug W. Ray                          Via Facsimile (512) 328-1156
Attorney for Appellant
2700 Bee Caves Road
Austin, Texas 78746

*/s/ Christopher L. Cornish*
Christopher L Cornish
Attorney for Appellee